IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTWON BETHEL,<br><br>   Plaintiff,<br><br> v.<br><br>LAZER SPOT, INC. d/b/a Lazer Spot,<br><br>   Defendant. | Civil Action No. 1:20-cv-01835-AT |

## JOINT MOTION TO EXTEND DISCOVERY AND MODIFY THE SCHEDULING ORDER

Pursuant to Local Rule 7.1, Plaintiff Antwon Bethel ("Bethel" or "Plaintiff") and Defendant Lazer Spot, Inc. ("Lazer Spot" or "Defendant") (collectively, the "Parties"), by and through counsel, respectfully request that the Court extend discovery and modify the Scheduling Order, and state as follows:

1.  On April 28, 2020, Plaintiff filed the Complaint (Dkt. 1), alleging Defendant failed to pay Plaintiff a premium wage for hours worked over 40 in a workweek, in violation of the Fair Labor Standards Act ("FLSA").

2.  Since that time, the Parties have actively engaged in discovery, including serving and responding to interrogatories and requests for production.

3.  In addition, the Parties have discussed scheduling the corporate deposition of Lazer Spot under Fed. R. Civ. P 30(b)(6), as well as the depositions of Plaintiff and Lazer Spot's percipient witnesses.

4. However, on or about October 10, 2020, Lazer Spot's counsel suffered a ransomware attack, and its client data and internal document management systems were inaccessible for an extended period of time. As a result, the Parties agreed to postpone the scheduling of depositions.

5. Lazer Spot has since recovered access to its client data and document management systems, and the Parties are working together to continue discovery and schedule depositions.

6. Discovery is currently set to close on November 19, 2020. To allow the Parties to re-schedule depositions and complete discovery, the Parties respectfully request that the Court grant the Parties additional time to complete discovery, and to modify the Scheduling Order as follows:

- January 22, 2020: last date to complete discovery;
- February 22, 2020: last date to submit dispositive motions.[1]

7. This is the first request from either Party to extend the discovery period and modify the Scheduling Order.

8. The Parties represent that this request is being made in good faith and not for the purpose of undue delay.

WHEREFORE, the Parties respectfully request that the Court grant its motion, extend the discovery period up to and through January 22, 2020, and

---

[1] In addition, Lazer Spot respectfully requests that all other deadlines also be extended an additional 60 days.

2

extend the dispositive motions deadline up to and through February 22, 2020.  In addition, the Parties respectfully request that all other deadlines also be extended an additional 60 days.

Respectfully submitted this 4th day of November, 2020.

| **Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC** | **Seyfarth Shaw, LLP** |
|---|---|
| */s/ Kevin D. Fitzpatrick, Jr.*<br>Kevin D. Fitzpatrick, Jr.<br>Georgia Bar No. 262375 | */s/ Brett C. Bartlett*<br>Brett C. Bartlett<br>Georgia Bar No. 040510 |
| */s/ Charles R. Birdgers*<br>Charles Bridgers<br>Georgia Bar No. 080791 | */s/ Jeffrey L. Glaser*<br>Jeffrey L. Glaser<br>Georgia Bar No. 296454 |
| 101 Marietta Street<br>Suite 2650<br>Atlanta, GA 30303<br>Telephone: (404) 979-3150<br>Facsimile: (404) 979-3170<br>E-mail: kevin.fitzpatrick@dcbflegal.com<br>E-mail: charlesbridgers@dcbflegal.com | */s/ Cary R. Burke*<br>Cary R. Burke<br>Georgia Bar No. 757627<br><br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, GA 30309<br>(404) 885-1500 (telephone)<br>(404) 892-7065 (facsimile)<br>bbartlett@seyfarth.com<br>jglaser@seyfarth.com<br>caburke@seyfarth.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTWON BETHEL,<br><br>   Plaintiff,<br><br> v.<br><br>LAZER SPOT, INC. d/b/a Lazer Spot,<br><br>   Defendant. | Civil Action No. 1:20-cv-01835-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, I filed the foregoing JOINT MOTION TO EXTEND DISCOVERY AND MODIFY THE SCHEDULING ORDER with the Clerk of Court using the CM/ECF system, which will send electronic notice to the following:

Charles Bridgers  
Kevin Fitzpatrick  
101 Marietta Street  
Suite 2650  
Atlanta, GA 30303

               */s/ Cary R. Burke*  
               Attorney for Defendant

66517570v.1