# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTWON BETHEL,<br><br>      Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC. d/b/a Lazer Spot,<br><br>      Defendant. | Civil Action No. 1:20-cv-01835-AT |

## JOINT MOTION TO EXTEND DISCOVERY AND MODIFY THE SCHEDULING ORDER

Pursuant to Local Rule 7.1, Plaintiff Antwon Bethel ("Bethel" or "Plaintiff") and Defendant Lazer Spot, Inc. ("Lazer Spot" or "Defendant") (collectively, the "Parties"), by and through counsel, respectfully request that the Court extend discovery and modify the Scheduling Order, and state as follows:

1. On April 28, 2020, Plaintiff filed the Complaint (Dkt. 1), alleging Defendant failed to pay Plaintiff a premium wage for hours worked over 40 in a workweek, in violation of the Fair Labor Standards Act ("FLSA").

2. Since that time, the Parties have actively engaged in discovery, including serving and responding to interrogatories and requests for production.

3. In addition, the Parties worked together to schedule the corporate deposition of Lazer Spot under Fed. R. Civ. P 30(b)(6), as well as the depositions of Plaintiff and Lazer Spot's percipient witnesses. However, given the schedules of the Parties and counsel, scheduling depositions has proved challenging.

2

4. Now, the Parties have agreed to set the corporate deposition of Lazer Spot for February 23, 2021, and the deposition of Mr. Bethel for February 24, 2021.

5. Discovery is currently set to close on January 22, 2021. To allow the Parties to conduct the scheduled depositions and complete discovery, the Parties respectfully request that the Court grant the Parties additional time to complete discovery, and to modify the Scheduling Order as follows:

- March 12, 2021: last date to complete discovery;
- April 12, 2021: last date to submit dispositive motions.[1]

6. This is the second request from either Party to extend the discovery period and modify the Scheduling Order.

7. The Parties represent that this request is being made in good faith and not for the purpose of undue delay.

WHEREFORE, the Parties respectfully request that the Court grant its motion, extend the discovery period up to and through March 12, 2021, and extend the dispositive motions deadline up to and through April 12, 2021.

Respectfully submitted this 19th day of January, 2021.

---

[1] In addition, all other deadlines calculated from the parties' summary judgment deadline should also be extended accordingly.

| | |
|---|---|
| **Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC** | **Seyfarth Shaw, LLP** |
| */s/ Kevin D. Fitzpatrick, Jr.* <br> Kevin D. Fitzpatrick, Jr. <br> Georgia Bar No. 262375 | */s/ Brett C. Bartlett* <br> Brett C. Bartlett <br> Georgia Bar No. 040510 |
| */s/ Charles R. Birdgers* <br> Charles Bridgers <br> Georgia Bar No. 080791 | */s/ Jeffrey L. Glaser* <br> Jeffrey L. Glaser <br> Georgia Bar No. 296454 |
| 101 Marietta Street <br> Suite 2650 <br> Atlanta, GA 30303 <br> Telephone: (404) 979-3150 <br> Facsimile: (404) 979-3170 <br> E-mail: kevin.fitzpatrick@dcbflegal.com <br> E-mail: charlesbridgers@dcbflegal.com | */s/ Cary R. Burke* <br> Cary R. Burke <br> Georgia Bar No. 757627 <br><br> 1075 Peachtree Street, N.E. <br> Suite 2500 <br> Atlanta, GA 30309 <br> (404) 885-1500 (telephone) <br> (404) 892-7065 (facsimile) <br> bbartlett@seyfarth.com <br> jglaser@seyfarth.com <br> caburke@seyfarth.com |

67574996v.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTWON BETHEL,<br><br>    Plaintiff,<br><br>v.<br><br>LAZER SPOT, INC. d/b/a Lazer Spot,<br><br>    Defendant. | Civil Action No. 1:20-cv-01835-AT |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I filed the foregoing JOINT MOTION TO EXTEND DISCOVERY AND MODIFY THE SCHEDULING ORDER with the Clerk of Court using the CM/ECF system, which will send electronic notice to the following:

Charles Bridgers
Kevin Fitzpatrick
101 Marietta Street
Suite 2650
Atlanta, GA 30303

                                                      */s/ Cary R. Burke*
                                                      Attorney for Defendant

67574996v.1